# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 19, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

159205(59)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

CALEB GRIFFIN,
         Plaintiff-Appellant,

v

SWARTZ AMBULANCE SERVICE,
         Defendant-Appellee,
and

SARAH ELIZABETH AURAND,
         Defendant.

_____/

SC: 159205
COA: 340480
Genesee CC: 14-103977-NI

On order of the Chief Justice, the motion of plaintiff-appellant to extend the time for filing his supplemental brief is GRANTED. The supplemental brief submitted on November 15, 2019, is accepted as timely filed.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 19, 2019



Clerk